MARY DEYO, Respondent, *v.* RUTLAND RAILROAD COMPANY, Appellant.

*Negligence — railroads — accumulated ice upon car step — passenger who slips thereon and is injured may recover.*

Deyo v. *Rutland R. R. Co.*, 202 App. Div. 859, affirmed.

(Argued January 24, 1923; decided February 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 27, 1922, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. Plaintiff, a passenger upon one of defendant's trains, while attempting to alight at a station slipped upon ice which had accumulated upon one of the car steps and, falling, received the injuries complained of.

*John M. Cantwell* and *E. W. Lawrence* for appellant.

*John E. Judge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

ABRAM B. SMART, Respondent, *v.* FRANK CORON, Appellant.

*Negligence — motor vehicles — collision between automobile and motor truck — recovery for personal injuries.*

*Smart* v. *Coron*, 201 App. Div. 861, affirmed.

(Argued January 25, 1923; decided February 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1922, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in a collision between an automobile upon which the plaintiff was riding and the defendant's truck. The accident occurred after dark and there was testimony that the truck was running upon its left or wrong side of the road.